```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
SARAH CAVANAUGH,                                                  :
:
Petitioner,                                                       :
:   25-cv-8169 (LJL)
-v-                                                               :
:   ORDER
:
WYATT DETENTION CENTER, et al.,                                   :
:
Respondents.                                                      :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Respondents are directed to respond by Monday, October 27, 2025, to Petitioner's petition, including the arguments that:

1. Any attempt to exhaust the administrative remedies available would be futile in light of the respondents' position that no process is due to individuals in a residential reentry center prior to their re-incarceration.

2. Petitioner possesses a constitutionally protected liberty interest in maintaining her place in community confinement such that she is entitled to due process rights prior to re-incarceration.

SO ORDERED.

Dated: October 14, 2025
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge